**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EUGENE BARBER,<br>Plaintiff,<br>v.<br>NAVARRETE, *et al.*,<br>Defendants. | No. 1:25-cv-01052-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 14 |

James Eugene Barber is a county jail inmate and former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court's mail was returned as undeliverable on June 18, 2026. The magistrate judge found Barber failed to comply with Local Rule 183(b) and failed to prosecute the action. Doc. 14 at 2-3. The magistrate judge found terminating sanctions appropriate after considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988), and recommended the Court dismiss the action without prejudice. *Id.*

On July 29, 2026, the Court served the findings and recommendations on Barber at the mailing address on record with a notice that objections were to be filed within 14 days. Doc. 14 at 3. Service is deemed effective pursuant to Local Rule 182(f). To date, Barber has not filed objections or a notice of change of address.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed this matter de novo.

Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on July 29, 2026 (Doc. 14) are ADOPTED in full.
2. This action is DISMISSED without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 28, 2026

UNITED STATES DISTRICT JUDGE